JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE JONES, an individual,<br><br>    Plaintiff,<br><br>  vs.<br><br>CALIBER BODYWORKS, INC., ET AL.,<br><br>    Defendants. | Case No. EDCV 20-467-GW-SHKx<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed: February 3, 2020<br>Date of Removal: March 6, 2020 |

[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## ORDER

IT IS HEREBY ORDERED THAT the stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

DATED: October 28, 2020

_____
Hon. George H. Wu
United States District Judge

[PROPOSED] ORDER